USCA1 Opinion

 

 July 16, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1130 GERALD M. CIARDELLO, Plaintiff, Appellant, v. MAXFLI, A DIVISION OF DUNLOP/SLAZINGER CORP., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Gerald M. Ciardello on brief pro se. ___________________ Kevin M. Leach, Arthur G. Greene and McLane, Graf, Raulerson & _______________ _________________ __________________________ Middleton, Professional Association on brief for appellee. ___________________________________ ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We affirm essentially for the reasons stated in the district court's order of December 19, 1995. Affirmed. _________ -3-